**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff - Appellee,<br><br>v.<br><br>NOE MARTINEZ PAREDES,<br><br>               Defendant - Appellant. | No. 15-10390<br><br>D.C. No. 1:14-cr-00779-LEK<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Hawaii
Leslie E. Kobayashi, District Judge, Presiding

Submitted May 24, 2016[**]

Before:     REINHARDT, W. FLETCHER, and OWENS, Circuit Judges.

Noe Martinez Paredes appeals from the district court's judgment and

challenges his guilty-plea conviction and 57-month sentence for conspiracy to

distribute and possess with intent to distribute methamphetamine and heroin, in

violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846. Pursuant to *Anders v.*

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*California*, 386 U.S. 738 (1967), Martinez Paredes's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Martinez Paredes the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**